COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|   |   |
|---|---|
| § | No. 08-20-00065-CR |
| § | Appeal from the |
| EX PARTE § | |
| § | County Court |
| SLADE ALAN MOORE § | |
| § | of Andrews County, Texas |
| § | (TC# 19-0237) |
| § | |

## MEMORANDUM OPINION ON REHEARING

The opinion and judgment issued on April 9, 2020 are hereby withdrawn. The following is the opinion of this Court.

Slade Alan Moore has moved for reconsideration of this Court's decision to dismiss this appeal for want of jurisdiction. We will grant the motion and reinstate the appeal.

The Court initially dismissed this case because it appeared Appellant was attempting to appeal from an order denying a motion to quash an indictment, which is not an appealable interlocutory order. *See Webb v. State*, Nos. 10-12-00365-CR, 10-12-00366-CR, 2012 WL 5697585, at *1 (Tex.App.—Waco Nov. 15, 2012, no pet.). However, on rehearing, Appellant clarified that he sought to appeal the denial of his pretrial application for writ of habeas corpus challenging the constitutionality of a statute. The denial of a pretrial habeas corpus writ application

is a final appealable order. *See Ex parte Hinojos*, No. 08-17-00077-CR, 2018 WL 6629678, at \*1 (Tex.App.—El Paso Dec. 19, 2018, pet. ref'd)(not designated for publication)(noting that pretrial habeas corpus proceedings are separate criminal actions allowing the applicant the right to an immediate appeal before trial begins); *see also Greenwell v. Court of Appeals for the Thirteenth Dist.*, 159 S.W.3d 645, 650 (Tex. 2005)(claims raised in a pretrial habeas application may be immediately reviewed in a direct pretrial appeal, even where the same claims could not be reviewed pretrial absent explicit statutory authorization if those claims had been raised simply by pretrial motion).

Therefore, we grant Appellant's motion to reconsider and reinstate this appeal. We hereby order the appellate timelines in this case to be reestablished. The reporter's record is due thirty days from the date of this opinion.

April 30, 2020

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)

2